ACCEPTED
15-24-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 10:16 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 10:16:27 AM
CHRISTOPHER A. PRINE
Clerk

Lᴀɴᴏʀᴀ C. Pᴇᴛᴛɪᴛ
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

January 23, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

**Re:    No. 15-24-00061-CV;** *The State of Texas v. Harris County, Texas, et al.*

Dear Mr. Prine:

I am writing to advise the Court of my withdrawal as counsel for Appellant the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Benjamin Wallace Mendelson and Sara B. Baumgardner will remain counsel for those parties.

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit
Principal Deputy Solicitor General

cc: all counsel of record (via electronic filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96511780
Filing Code Description: Letter
Filing Description: 20250123 152400061CV Uplift Harris 1 Attorney Withdrawal LCP_Final
Status as of 1/23/2025 10:25 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 1/23/2025 10:16:27 AM | SENT |
| Grant Martinez | 24104118 | gmartinez@yettercoleman.com | 1/23/2025 10:16:27 AM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 1/23/2025 10:16:27 AM | SENT |
| Lily Hann | 24133836 | Lhann@yettercoleman.com | 1/23/2025 10:16:27 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/23/2025 10:16:27 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 1/23/2025 10:16:27 AM | SENT |
| Ryan Cooper | | ryan.cooper@harriscountytx.gov | 1/23/2025 10:16:27 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 1/23/2025 10:16:27 AM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 1/23/2025 10:16:27 AM | SENT |
| Eleanor Matheson | | Eleanor.matheson@harriscountytx.gov | 1/23/2025 10:16:27 AM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 1/23/2025 10:16:27 AM | SENT |
| Jonathan Fombonne | | jonathan.fombonne@harriscountytx.gov | 1/23/2025 10:16:27 AM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 1/23/2025 10:16:27 AM | SENT |
| Edward Swidriski | | Edward.Swidriski@harriscountytx.go | 1/23/2025 10:16:27 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 1/23/2025 10:16:27 AM | SENT |